IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL D. TOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:05 cv 40 MJR |
| ) | |
| PSS WORLD MEDICAL, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Motion to Substitute Defendant filed by the plaintiff, Paul D. Tow, on June 29, 2005 (Doc. 13). The motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 17(a), the plaintiff's correct employer, Physician's Sales and Services, Inc. is hereby **SUBSTITUTED** for PSS World Medical, Inc. as the party-defendant. The plaintiff has informed the Court that Physician's Sales and Services, Inc. is located at the same address as PSS World Medical, Inc. and is a subsidiary of PSS. Therefore, the Court assumes that current defense counsel, Thompson Coburn and Coffman, Colemen, et al., will enter an appearance for the newly named defendant.

**DATED: July 13, 2005.**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
